6-Send

CLERK, U.S. DISTRICT COURT

DEC 16 2008

UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

| United States of America, | ) No. 08-MJ-03035 |
|---|---|
| Plaintiff, | ) ORDER OF DETENTION AFTER ) HEARING |
| v. | ) (18 U.S.C. § 3142(i)) |
| Eva P. De Villagomez, | ) |
| Defendant. | ) |

I.

A. ( ) on motion of the Government involving an alleged

1. ( ) crime of violence;

2. ( ) offense with maximum sentence of life imprisonment or death;

3. ( ) narcotics or controlled substance offense with maximum sentence of ten or more years (21 U.S.C. §§ 801,/951, et. seq., 955a);

4. ( ) felony - defendant convicted of two or more prior offenses described above.

B. On Motion (✓) (by the Government)/ ( )(by the Court *sua sponte*) involving:

1. (✓) serious risk defendant will flee;
2. ( ) serious risk defendant will
   a. ( ) obstruct or attempt to obstruct justice
   b. ( ) threaten, injure, or intimidate a prospective witness or juror or attempt to do so.

II.

The Court finds no condition or combination of conditions will reasonably assure:

A. (✓) appearance of defendant as required; and/or
B. (✓) safety of any person or the community

III.

The Court has considered:

A. (X) the nature and circumstances of the offense;
B. (X) the weight of evidence against defendant;
C. (X) the history and characteristics of the defendant;
D. (X) the nature and seriousness of the danger to any person or to the community.

IV.

The Court concludes:

A. (✓) Defendant poses a risk to the safety of other persons or the community because:

Defendant's criminal history, including a crime of violence,

1  B. (X) History and characteristics indicate a serious risk
2  that defendant will flee because:
3  Defendant's illegal status in the United
4  States; lack of ties to the Central
5  District; and no known bail resources.
6  _____
7  _____
8  _____
9
10  C. ( ) A serious risk exists that defendant will:
11      1. ( ) obstruct or attempt to obstruct justice;
12      2. ( ) threaten, injure or intimidate a witness/juror
13  because:
14  _____
15  _____
16  _____
17  _____
18  _____
19
20  D. ( ) Defendant has not rebutted by sufficient evidence to
21      the contrary the presumption provided in 18 U.S.C. §
22      3142(e).
23
24  **IT IS ORDERED** that defendant be detained prior to trial.
25  **IT IS FURTHER ORDERED** that defendant be confined as far as
26  practicable in a corrections facility separate from persons
27  awaiting or serving sentences or persons held pending appeal.
28

1  **IT IS FURTHER ORDERED** that defendant be afforded reasonable
2  opportunity for private consultation with his counsel.

4  Dated: 12-16-08          _____
                            U.S. Magistrate Judge Jennifer T. Lum